U.S. DISTRICT COURT FOR THE
NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN OLIVER,<br><br>           Plaintiff,<br><br>vs.<br><br>RANDY BOWMAN, individually and as an agent of ERIC RUMBLE TRANSPORT INC,; RANDY BOWMAN, individually and as an agent of ERIC RUMBLE TRANSPORT LLC; ERIC RUMBLE TRANSPORT INC; ERIC RUMBLE TRANPORT LLC, individually and d/b/a ERIC RUMBLE TRANSPORT, LLC; and ERIC RUMBLE,<br>           Defendant. | NO: 17-cv-4761<br><br>Circuit Court No. 17 L 4843 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that ERIC RUMBLE TRANSPORT LLC, named as a Defendant in the action styled <u>Oliver v. Bowman et. al</u>., Case No. 17 L 4843, currently pending in the Circuit Court of Cook County (hereinafter "the State Court Action"), hereby removes the State Court Action pursuant to 28 U.S.C. 1446 and states as follows:

1. Eric Rumble Transport LLC is in receipt of a copy of the Plaintiff's Complaint at Law filed by Plaintiff in the State Court Action filed on or about May 12, 2017 seeking damages against Eric Rumble Transport LLC. The Complaint is attached as Exhibit A.

2. Eric Rumble Transport LLC is a limited liability company that is domiciled in the state of Ohio with its principal place of business in Ohio.

3. Plaintiff has additionally named Randy Bowman as a Defendant in this matter. Plaintiff alleges in the Complaint that Mr. Bowman was operating a vehicle that was involved in the subject accident. Mr. Bowman lives in Ohio as well.

4. Plaintiff John Oliver resides in Illinois.

5. The Complaint alleges that the amount in controversy is in excess of $50,000. Defendant understands and believes that Plaintiff is in fact seeking in excess of $75,000 in this matter.

6. There exists complete diversity of citizenship in this matter pursuant to 28 U.S.C. 1332.

7. Defendant Eric Rumble Transport LLC understands and believes that Defendant Randy Bowman has not yet been served in this matter.

8. The State Court Action is pending and a trial has not taken place yet.

9. The United States District Court for the Northern District of Illinois embraces the geographical region where the State Court Action is pending.

10. Pursuant to 28 U.S.C. 1446, concurrently with the filing of this Notice of Removal, Defendant Eric Rumble Transport LLC is providing written notice of the removal to all known parties including Plaintiff and the Clerk of the Circuit Court of Cook County.

Accordingly, Defendant Eric Rumble Transport LLC has complied with all applicable terms of 28 U.S.C. 1446 and is entitled to removal of the State Court Action to this Court.

Respectfully submitted,


BY: /S/ James Komsthoeft
JAMES D. KOMSTHOEFT, ESQ.
Attorney for Defendant ERIC RUMBLE
TRANSPORTATION LLC

LAW OFFICES OF MARC E. ABRAMSON
161 N. Clark Street, Suite 1800
Chicago, IL 60601
Phone: (312) 251-3530
james.komsthoeft@farmersinsurance.com
ATTY NO. 61452

U.S. DISTRICT COURT FOR THE
NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN OLIVER,<br><br>            Plaintiff,<br><br>vs.<br><br>RANDY BOWMAN, individually and as an agent of ERIC RUMBLE TRANSPORT INC,; RANDY BOWMAN, individually and as an agent of ERIC RUMBLE TRANSPORT LLC; ERIC RUMBLE TRANSPORT INC; ERIC RUMBLE TRANPORT LLC, individually and d/b/a ERIC RUMBLE TRANSPORT, LLC; and ERIC RUMBLE,<br>            Defendant. | NO: 17-cv-4761 |

## CERTIFCATE OF SERVICE

I, James D. Komsthoeft, hereby certify that on June 26, 2017, I served copies of Defendant, **Eric Rumble Transportation, LLC, Notice of Removal,** in this matter via U.S. mail to the following parties at the mailing addresses.

## SERVICE LIST

Michael T. Wierzbicki
Horwitz, Horwitz & Associates, Ltd.
25 E. Washington Street
Suite 900
Chicago, Illinois 60602
Mikew@horwitzlaw.com

            Respectfully Submitted,

            s/James D. Komsthoeft
            Attorney for Defendant
            IL ARDC 6276596
            LAW OFFICES OF MARC E. ABRAMSON
            161 N. Clark Street
            Suite 1800
            Chicago, IL 60601
            James.komsthoeft@farmersinsurance.com
            312-251-3530 – Ext 5604
            312-312-553-0840 - fax

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
CALENDAR: E
PAGE 1 of 10
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

ATTORNEY CODE # 04771
STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOHN OLIVER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. |
| ) | |
| RANDY BOWMAN, individually and as ) | |
| an agent of ERIC RUMBLE TRANSPORT ) | |
| INC.; RANDY BOWMAN, individually ) | |
| and as an agent of ERIC RUMBLE ) | |
| TRANSPORT LLC; ERIC RUMBLE ) | |
| TRANSPORT INC.; ERIC RUMBLE ) | |
| TRANSPORT LLC, individually and d/b/a ) | |
| ERIC RUMBLE TRANSPORT, LLC; and ) | |
| ERIC RUMBLE. ) | |
| ) | |
| ) | |
| Defendants ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, JOHN OLIVER, by his attorneys, HORWITZ, HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendant, RANDY BOWMAN, ERIC RUMBLE TRANSPORT INC., and ERIC RUMBLE TRANSPORTATION LLC, alleges as follows:

1. That on or approximately November 4, 2015, Defendant Eric Rumble Transport Inc. was operating a motor vehicle eastbound on I-90 at or near Milepost 61.25 in the Township of Hanover, County of Cook and State of Illinois.


DEFENDANT'S EXHIBIT A

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 2 of 10

2. That on or approximately November 4, 2015, Defendant Eric Rumble Transport LLC, individually and d/b/a Eric Rumble Transport, LLC, was operating a motor vehicle eastbound on I-90 at or near Milepost 61.25 in the Township of Hanover, County of Cook and State of Illinois.

3. That on and prior to November 4, 2015, Defendant Eric Rumble Transport LLC, d/b/a Eric Rumble Transport, LLC operated as an interstate carrier under USDOT #1737839.

4. That on or approximately November 4, 2015, USDOT #1737839 was operating a motor vehicle eastbound on I-90 at or near Milepost 61.25 in the Township of Hanover, County of Cook and State of Illinois.

5. That on and prior to November 4, 2015, Defendant Eric Rumble Transport LLC, d/b/a Eric Rumble Transport, LLC operated under an Interstate Operating Authority MC #636489.

6. That on or approximately November 4, 2015, Interstate Operating Authority MC #636489 was operating a motor vehicle eastbound on I-90 at or near Milepost 61.25 in the Township of Hanover, County of Cook and State of Illinois.

7. That on or approximately November 4, 2015, Defendant Randy Bowman was driving a 2007 Volvo bearing Ohio license plate PVZ3401.

8. That on or approximately November 4, 2015, the 2007 Volvo bearing Ohio license plate PVZ3401 was owned by Eric Rumble Transport Inc.

9. That on or approximately November 4, 2015, the 2007 Volvo bearing Ohio license plate PVZ3401 was owned by Eric Rumble Transport LLC.

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 3 of 10

10. That on or approximately November 4, 2015, the 2007 Volvo bearing Ohio license plate PVZ3401 was owned by Eric Rumble.

11. That on or approximately November 4, 2015, the 2007 Volvo bearing Ohio license plate PVZ3401 was driven by Randy Bowman, individually and as agent of Eric Rumble Transport LLC.

12. That on or approximately November 4, 2015, the 2007 Volvo bearing Ohio license plate PVZ3401 was coupled to a trailer.

13. That on or approximately November 4, 2015, the trailer coupled to the aforementioned 2007 Volvo was owned by Eric Rumble Transport Inc..

14. That on or approximately November 4, 2015, the trailer coupled to the aforementioned 2007 Volvo was owned by Eric Rumble Transport LLC.

15. That on or approximately November 4, 2015, the trailer coupled to the aforementioned 2007 Volvo was owned by Eric Rumble.

16. That on or approximately November 4, 2015, Plaintiff John Oliver was operating a motor vehicle eastbound on I-90 at or near Milepost 61.25 in the Township of Hanover, County of Cook and State of Illinois.

17. That at said time and place, a collision occurred between the vehicle that was being operated by the Randy Bowman Transport Inc., and the Plaintiff's vehicle.

18. That on or approximately November 4, 2015, Defendant Randy Bowman was permitted to operate said motor vehicle at the aforementioned time and place.

19. That at said time and place, Defendant Randy Bowman was acting in the capacity of agent, servant and/or employee of the Defendant Eric Rumble Transport Inc.

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 4 of 10

20. That at said time and place, Defendant Randy Bowman was acting in the capacity of agent, servant and/or employee of the Defendant Eric Rumble Transport LLC.

21. That at said time and place, a collision occurred between the vehicle that was being operated by the Defendant, Eric Rumble Transport Inc., and Plaintiff John Oliver.

22. That the aforesaid Defendants had a duty to exercise reasonable care for the safety of the Plaintiff.

23. That the aforesaid Defendants were then and there guilty of one or more of the following acts and/or omissions:

   a) Failed to pay attention to the traffic ahead of his vehicle;

   b) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes;

   c) Turned said vehicle suddenly, without warning, so as to place it directly in the path of oncoming traffic, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes;

   d) Approached the vehicle in which Plaintiff was a passenger more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon, and the condition of the highway, in violation of 625 ILCS 5/11-170 of the Illinois Compiled Statutes;

   e) Drove said vehicle without brakes adequate to control its movement, and to stop and hold it, in violation of 625 ILCS 5/12-301 of the Illinois Compiled Statutes;

   f) Failed to see and observe the vehicle in which Plaintiff was a passenger when it could have, and should have, been seen and observed;

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 5 of 10

g) Failed to sound the horn on said vehicle so as to give warning of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes;

h) Failed to decrease the speed of said vehicle so as to avoid colliding with the vehicle in which Plaintiff was a passenger;

i) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

j) Failed to adjust speed or take other evasive action in order to avoid an imminent collision, in violation of 625 ILCS 5/11-601;

k) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes;

l) Swerved said vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the vehicle in which Plaintiff was a passenger in, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes;

m) Drove said vehicle in a manner that was unsafe for the weather and conditions of the road;

n) Drove said vehicle at a speed exceeding a safe speed for the conditions of the road;

o) Failed to exercise extreme caution in the operation of a commercial motor vehicle when hazardous conditions adversely affected visibility or traction;

p) Failed to exercise reasonable care in adverse driving conditions;

q) Negligently hired, trained and/or supervised Randy Bowman;

r) Negligently entrusted said vehicle to Randy Bowman;

s) Negligently entrusted said trailer to Randy Bowman;

t) Negligently maintained the tractor and/or trailer; and

u) Was otherwise negligent.

24. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendants was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

25. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendants, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiff further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against the Defendants in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 6 of 10

/s/

_____
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: brandy@horwitzlaw.com

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 7 of 10

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 8 of 10

28491

ATTORNEY CODE # 04771
STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JOHN OLIVER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| RANDY BOWMAN, individually and as an agent of ERIC RUMBLE TRANSPORT INC.; RANDY BOWMAN, individually and as an agent of ERIC RUMBLE TRANSPORT LLC; ERIC RUMBLE TRANSPORT INC.; ERIC RUMBLE TRANSPORT LLC, individually and d/b/a ERIC RUMBLE TRANSPORT, LLC; and ERIC RUMBLE, | ) | |
| | ) | |
| Defendants | ) | |

### JURY DEMAND

The undersigned demands a 12-person jury trial.

Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: carmen@horwitzlaw.com

ATTORNEY CODE # 04771
STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

JOHN OLIVER )
)
          Plaintiff )
)
v. ) NO.
)
RANDY BOWMAN, individually and as )
an agent of ERIC RUMBLE TRANSPORT )
INC.; RANDY BOWMAN, individually )
and as an agent of ERIC RUMBLE )
TRANSPORT LLC; ERIC RUMBLE )
TRANSPORT INC.; ERIC RUMBLE )
TRANSPORT LLC, individually and d/b/a )
ERIC RUMBLE TRANSPORT, LLC; and )
ERIC RUMBLE. )
)
)
Defendants )

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under penalty of perjury:

2. My name is Michael T. Wierzbicki.

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 9 of 10

*/s/ Michael T. Wierzbicki*

Michael T. Wierzbicki

HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax (312) 372-1673

ELECTRONICALLY FILED
5/12/2017 10:47 AM
2017-L-004843
PAGE 10 of 10