## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

John Oliver

                         Plaintiff,

v.                                        Case No.: 1:17–cv–04761
                                            Honorable Sharon Johnson Coleman

Eric Rumble Transport INC., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2019:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation to dismiss [48], this case is dismissed with prejudice and without cost to any party. Status hearing set for 12/13/2019 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.